No. 13,850.

STUYVESANT INSURANCE COMPANY OF THE CITY OF NEW
YORK *v.* MILITELLO.
(67 P. [2d] 627)

Decided April 26, 1937.

Messrs. LINDSEY & LARWILL, Mr. D. K. WOLFE, JR.,
Messrs. PERSHING, NYE, BOSWORTH & DICK, for plaintiff
in error.

Mr. FRANK H. HALL, for defendant in error.

*In Department.*

MR. JUSTICE HOLLAND delivered the opinion of the court.

UPON stipulation of record between the parties hereto,
the determination of this case was made dependent upon
the outcome of the case of North River Insurance Com-
pany v. Vincenzo Militello, and was so tried and deter-
mined. In this court the two cases were consolidated
and submitted upon one record and the decision this day
announced in case No. 13,849, *North River Insurance
Company v. Vincenzo Militello,* is controlling in the pres-
ent case because resultant of the same set of facts.

The judgment herein is therefore reversed and the

cause remanded for such further proceedings as may be had in harmony with the views expressed in that case.

Mr. Chief Justice Burke and Mr. Justice Knous concur.